STATE OF NEW JERSEY v. KENNETH WILSON.

September 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD F. VENNE, JR.

September 7, 1983.

Petition for certification denied.

ANDREA VERDIER v. JOSEPH CILLO.

September 7, 1983.

Petition for certification denied.

DSK ENTERPRISES, INC. v. UNITED JERSEY BANK.

September 7, 1983.

Petition for certification denied.   (See 189 *N.J.Super.* 242)